UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chester V. Jones, | Case No. 22-cv-2144 (WMW/JFD) |
| Petitioner, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Keith Ellison, | |
| Respondent. | |

This matter is before the Court on the December 8, 2022 Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty. (Dkt. 22.) No objections to the R&R have been filed. In the absence of timely objections, this Court reviews a R&R for clear error. *See* Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment; *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Having reviewed the R&R, the Court finds no clear error.

Based on the R&R and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The December 8, 2022 R&R, (Dkt. 22), is **ADOPTED**.

2. Petitioner Chester V. Jones's amended petition, (Dkt. 18), is **DENIED** with respect to its request for the "resubmittance" of *Jones v. Evans*, No. 62-cv-16-6425 (Minn. Dist. Ct.).

Dated: January 10, 2023

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge